UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MIGUEL TORRES,

                              Plaintiff,

v.
                                                            ORDER

POLICE OFFICER MOISES VARGAS, et al.,

                                                            18-cv-11387-PMH

                              Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. (Doc. 42). Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: New York, New York
      April 10, 2020

                                  _____
                                  Philip M. Halpern
                                  United States District Judge