UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MIGUEL TORRES,

                                                                   **JUDGMENT**

                                Plaintiff,

           -against-

                                                                   18 Civ. 11387 (PMH)

POLICE OFFICER MOISE VARGAS, Shield No. 294,
POLICE OFFICERS SGT. THOMAS COMO,
CAPTAIN LANE, LT. FOLEY, P.O. MILLER,
P.O. GRADY, P.O. SMUSHKO, P.O. MACDONALD
P.O. DEVITT, P.O. DOCE, P.O. MANZO, P.O. BLADEL,
DET. KILGORE, DET. DENNIS MULLIN, SHIELD NO.
635, P.O. SYLVESTRI, THE CITY OF YONKERS and
THE YONKERS POLICE DEPARTMENT,

                                                   Defendants.
------------------------------------------------------------------X

       **WHEREAS**, plaintiff Miguel Torres commenced this action by filing a complaint on or about March 27, 2019, alleging that defendants violated his federal civil rights; and

       **WHEREAS**, defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS**, defendants, through the City of Yonkers, served plaintiff with an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure on April 16, 2020;

       **WHEREAS**, on April 16, 2020; plaintiff accepted the Offer of Judgment, it is hereby,

       **ORDERED, ADJUDGED AND DECREED**, that plaintiff take judgment against defendants for the total sum of $25,000.00 in full satisfaction of all claims against the defendants herein, said $25,000.00 offer being inclusive of costs, disbursements, and attorneys' fees in plaintiff's favor. The judgment is in full satisfaction of all claims made by plaintiff and is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be

construed as an admission of liability by defendants or any official, employee, or agent of the City of Yonkers, or any agency thereof.

Dated: White Plains, New York
      April 23, 2020

_____
HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE